*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
STEPHENS, COGLEY, and DEERWESTER
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**Jason P. MATHIS**
Private First Class (E-2), U.S. Marine Corps
*Appellant*

**No. 202200012**

———————————

Decided: 20 June 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Kyle Phillips (Arraignment)
Geoffrey G. Hengerer (Trial)

Sentence adjudged 23 September 2021 by a general court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 13 months,[1] forfeiture of all pay and allowances, and a bad-conduct discharge.

---

[1] The Appellant was credited with having served 173 days of confinement and 60 days of judicially ordered credit for a total of 233 days of confinement credit.

Opinion of the Court

For Appellant:
*Commander C. Eric Roper, JAGC, USN*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

-FOR THE COURT:

KYLE D. MEEDER
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.